IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL SCOTT CARDINALE d/b/a TREAT YOURSELF SHOPPE formerly TREAT YOURSELF DISTRIBUTORS,**

    Plaintiff,

v.

                                              CASE NO: 6:21-cv-00379-ACC-GJK

**DONG WANG a/k/a TONY WANG; AMERICAN TAI-CHI INDUSTRIES, INC.; DISCOUNT VITAMINS, LLC d/b/a DISCOUNT VITAMINS OF CLERMONT and DISCOUNT VITAMINS OF DAVIE; SIMPLY NATURAL HEALTH INC.; SIMPLY NATURAL OF SUNRISE, INC.; and VITAMIN EMPORIUM, INC.,**

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Michael Scott Cardinale d/b/a Treat Yourself Shoppe formerly Treat Yourself Distributors and Defendants, Discount Vitamins, LLC, by and through their respective counsel and pursuant to Local Rule 3.09, hereby file this Joint Notice of Settlement and state as follows:

The parties have reached a settlement in the above-styled matter. The Settlement Agreement between the parties has been signed and a Joint Notice of

1

Dismissal with Prejudice will be filed within the time allotted by Rule 3.09(b).

Dated this 10th day of January, 2022.

Respectfully Submitted,

| | |
|---|---|
| WOLTER, VAN DYKE, DAVIS PLLC<br>1900 Summit Tower Blvd., Suite 140<br>Orlando, FL  32810<br>Telephone:  (407) 926-7700<br>Email: adavis@savvyIPLaw.com<br>Email: kwimberly@savvyIPLaw.com<br>***Attorneys for Plaintiff, Michael Scott Cardinale, d/b/a Treat Yourself Shoppe***<br><br>/s/ Amber N. Davis<br>Amber N. Davis<br>Florida Bar No. 0026628<br>Kevin W. Wimberly<br>Florida Bar No. 0057977 | NELLES KOSTENCKI PLLC<br>Corporate Center<br>110 E. Broward Blvd.<br>Suite 670<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 246-4800<br>Email: mnelles@nklawflorida.com<br>Email: akostencki@nklawflorida.com<br>***Attorneys for Defendant, Discount Vitamins, LLC***<br><br>/s/ Matthew S. Nelles<br>Matthew S. Nelles<br>Florida Bar No.: 9245<br>Euyelit Adriana Kostencki<br>Florida Bar No.: 84507 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court utilizing the NextGen system which will provide electronic service by email to all counsel of record this 10th day of January, 2022.

/s/ Amber N. Davis
Attorney