UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL SCOTT CARDINALE,**
**d/b/a TREAT YOURSELF**
**SHOPPE formerly TREAT**
**YOURSELF DISTRIBUTORS**

      Plaintiff,

v.                                            Case No. 6:21-cv-379-ACC-DAB

**VITAMIN EMPORIUM, INC.,**

      Defendant.

## ORDER

This cause is before the Court on Plaintiff's Third Motion for Entry of Default Judgment as to Defendant Vitamin Emporium (Doc. 81) filed on June 20, 2022. Plaintiff's claims against the other Defendants—Dong Wang, American Tai-Chi Industries, Inc. and Discount Vitamins, LLC, Simply Natural Health, Inc., and Simply Natural of Sunrise, Inc.—were dismissed in January 2022. (Docs. 73, 76).

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED. (Doc. 84).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of

fact and conclusions of law in the Report and Recommendation, including the award of statutory damages in the amount of $90,000.[1]

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 1, 2022 (Doc. 84) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment is hereby **GRANTED** as follows:

   a. Plaintiff is awarded statutory damages of $90,000, plus prejudgment interest at the statutory rate of 3% from April 22, 2021 to date of judgment; and taxable costs of $657.00; and

   b. An award of reasonable attorney's fees under the Lanham Act, 15 U.S.C. § 1117(a).

3. Plaintiff is **ORDERED** to file a motion for attorney's fees with supporting documentation consistent with Local Rule 7.01(c) within 30 days of the date of this Order.

4. The permanent injunction in favor of Plaintiff and against Vitamin Emporium, Inc. (proposed in Doc. 81) will be entered simultaneously by separate order.

---

[1] *See Spy Optic Inc. v. Melbourne Wholesale, Inc.*, No. 6:16-cv-1541-31GK, 2018 WL 672275, *6 (M.D. Fla. Jan. 31, 2018) (awarding $15,0000 per mark infringed) and cases cited therein.

- 3 -

**DONE** and **ORDERED** in Orlando, Florida on August 18, 2022.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties