IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:21-cv-379-ACC-DAB

MICHAEL SCOTT CARDINALE,
d/b/a TREAT YOURSELF
SHOPPE formerly TREAT
YOURSELF DISTRIBUTORS,

    Plaintiff,

v.

VITAMIN EMPORIUM, INC.,

    Defendant,

v.

TD BANK, NATIONAL
ASSOCIATION,

    Garnishee.

## NOTICE OF SETTLEMENT

Plaintiff Michael Scott Cardinale, d/b/a Treat Yourself Shoppe formerly Treat Yourself Distributors ("Plaintiff") hereby gives notice that Plaintiff and defendant Vitamin Emporium, Inc. ("Defendant") have executed a settlement agreement that will result in the full resolution of this lawsuit. Pursuant thereto, Plaintiff will be filing an agreed/unopposed motion with respect to disposition of the garnishment funds held by TD Bank, National Association and, upon conclusion of that process,

a satisfaction of judgment.

   Dated: February 6, 2025.          COPYCAT LEGAL PLLC
                                           3111 N. University Drive
                                           Suite 301
                                           Coral Springs, FL 33065
                                           Telephone: (877) 437-6228
                                           dan@copycatlegal.com

                                           By: /s/ Daniel DeSouza_____
                                                Daniel DeSouza, Esq.
                                                Florida Bar No.: 19291

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that on February 6, 2025, the foregoing document was served via US Mail to Vitamin Emporium Inc., 3752 W Hillsboro Blvd, Deerfield Beach, FL 33442 and via e-mail to vitaminemporium@att.net.

                                               /s/ Daniel DeSouza___
                                               Daniel DeSouza, Esq.