IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:21-cv-379-ACC-DAB

MICHAEL SCOTT CARDINALE,
d/b/a TREAT YOURSELF
SHOPPE formerly TREAT
YOURSELF DISTRIBUTORS,

    Plaintiff,

v.

VITAMIN EMPORIUM, INC.,

    Defendant,

## SATISFACTION OF JUDGMENT

On August 18, 2022, the Court entered a Final Judgment in the total amount of $90,657.00 (statutory damages in the amount of $90,000 and costs in the amount of $657.00). (the "Judgment Against Defendant") against defendant Vitamin Emporium, Inc. ("Defendant") [D.E. 85]. On February 28, 2023, the Court entered a second Judgment in the amount of $13,177.59 (the "Second Judgment Against Defendant") (collectively, the "Judgments Against Defendant") against Defendant. Plaintiff Michael Scott Cardinale, d/b/a Treat Yourself Shoppe formerly Treat Yourself Distributors (Plaintiff") hereby acknowledges the full payment of the Judgments Against Defendant and agrees that Defendant does not owe the Plaintiff

any more monies for the Judgments Against Defendant or otherwise in connection with this matter.

|  |  |
|---|---|
| Dated: April 24, 2025. | COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>By: /s/ Daniel DeSouza<br>      Daniel DeSouza, Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.